IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DEBBORAH S. JAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:10-CV-432 |
| | ) |
| SUN LIFE ASSURANCE COMPANY | ) |
| OF CANADA (U.S.), and | ) |
| PROFESSIONAL INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

The parties' "Joint Motion to Dismiss with Prejudice" [doc. 8] is **GRANTED**.

This civil action is **DISMISSED**.

**IT IS SO ORDERED**:

ENTER:

                                                      s/ Leon Jordan
                                         United States District Judge